IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD A. NELSON,

       Plaintiff,                    CV F 01 5910 AWI  WMW P

   vs.                                ORDER

CAL TERHUNE, et al.,

       Defendants.

Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

This action proceeds on the complaint.  Plaintiff, an inmate in the custody of the California Department of Corrections at Pelican Bay State Prison, brings this civil rights action against defendant correctional officials employed by the Department of Corrections.  The events that give rise to this lawsuit occurred while Plaintiff was housed at the California Substance Abuse Treatment Facility at Corcoran.

Plaintiff names the following individual defendants:  Cal Terhune, former Director of the California Department of Corrections; Fred A. Brown, Chief Deputy Warden at CSP Corcoran; Associate Warden D. G. Stockman; Captian R. Priola; Correctional Counselor J. Short; Lieutenant. A. Walker; Lt. F. A. Rodriguez; Correctional Officer (C/O) B. Gaspar; C/O B.

1   Cooke; C/O R. Silveira; C/o F. Balunan; C/O V. Pierce; C/O Yrigollen; C/O L. Lopez; C/O

2   Blaas; C/O Brian Davis; C/P Patrick Trout; Sergeant Paul Flores.

3      The bulk of Plaintiff's second amended complaint is taken up with allegations

4   regarding interference with the prison grievance process, and with deficiencies regarding prison

5   disciplinary processes Plaintiff was subjected to.  Specifically, Plaintiff alleges that charges were

6   made based upon false allegations.  Plaintiff also claims that correctional officials continued to

7   interfere with his ability to provide other inmates with legal assistance.

8      Plaintiff also levels a specific allegation that on February 18, 2000, he was

9   attacked and injured by other inmates (documented rival gang members) on the Facility 3A

10  Administrative Segregation yard.  Plaintiff specifically alleges that this attack was "orchestrated

11  and staged" by defendants Cooke, Walker, Short, Ortiz and Priola.  Plaintiff alleges that this

12  attack was orchestrated as a means of punishment and retaliation against Plaintiff for his filing of

13  inmate grievances against Facility 3A correctional staff.

14     The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and

15  finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against

16  defendants Cooke, Walker, Short, Ortiz and Priola for failing to protect him, in violation of the

17  Eighth Amendment and for retaliation for filing inmate grievances.

18     Accordingly, it is HEREBY ORDERED that:

19    1. Service is appropriate for the following defendants:

20      Sergeant Cooke

21      Lieutenant Walker

22      Correctional Counselor Short

23      Captain Ortiz

24      Captain Priola

25

26

2.   The Clerk of the Court shall send plaintiff five USM-285 forms, five summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed September 27, 2004.

3.   Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.   Completed summons;

    b.   One completed USM-285 form for each defendant listed above; and

    c.   Six copies of the endorsed second ameded complaint filed September 27, 2004.

4.   Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.   The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    November 30, 2006**              **/s/  William M. Wunderlich**
mmkd34                                                       UNITED STATES MAGISTRATE JUDGE

3