UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLOYD H. NELSON, | ) | 1:01-CV-5910 LJO WMW PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #37, 38, 39) |
| | ) | |
| CAL A. TERHUNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2007, defendants Cooke, Ortiz, Priolo and Short filed a motion(s) to extend time to file a responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   April 17, 2007**              **/s/  William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE