IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD NELSON,

       Plaintiff,                            CV F 01 5910 LJO WMW

   vs.                                   ORDER RE MOTION (DOC 39 )

CAL TERHUNE, et al.,

       Defendants.

On April 17, 2007, an order was entered, granting Defendants an extension of time in which to file a responsive pleading. The order incorrectly directed that Plaintiff is granted an extension of time. Accordingly, IT IS HEREBY ORDERED that Defendants are granted an extension of time of thirty days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   April 24, 2007**                        **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE