UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLOYD H. NELSON, | ) | 1:01-CV-5910 LJO WMW (PC) |
| Plaintiff, | ) ) | ORDER GRANTING SECOND EXTENSION OF TIME TO FILE A |
| v. | ) ) | RESPONSIVE PLEADING |
| CAL A. TERHUNE, et al., | ) | (DOCUMENT #47) |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2007, Defendants filed a second motion to extend time to file a responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are is granted thirty days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   June 21, 2007**          **/s/  William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE