**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FLOYD H. NELSON,**

        **Plaintiff,**                **CV F 01 5910 AWI WMW P**

    **vs.**                            **ORDER RE MOTION (DOC 31)**

**CAL TERHUNE, et al.,**

        **Defendants.**

        **Plaintiff has filed a motion for reconsideration of an earlier order finding that the complaint states a colorable claim as to certain defendants. Plaintiff contends that the complaint states a claim against the remaining defendants. The Court will issue a finding and recommendation regarding the dismissal of the remaining defendants. Plaintiff will be provided with the opportunity to file objections to the findings and recommendations. Plaintiff's current motion for reconsideration is therefore premature.**

        **Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration is denied.**

IT IS SO ORDERED.

1  **Dated:**   **August 16, 2007**               **/s/  William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26