IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **FLOYD H. NELSON,** | 1:01-cv-5910-AWI-WMW (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| **CAL A. TERHUNE, et al.,** | |
| Defendants. | |

Defendants moved to modify the August 21, 2007, scheduling order. Good cause appearing, the scheduling order is modified only to extend the dispositive motion deadline to Thursday, June 26, 2008.

IT IS SO ORDERED.

**Dated:   May 29, 2008**          /s/  William M. Wunderlich
                              UNITED STATES MAGISTRATE JUDGE

1