IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD NELSON,

                Plaintiff,             CV F 01 5910 AWI WMW PC

     vs.                          ORDER

CAL TERHUNE, et al.,

                Defendants.

     Defendants have requested a thirty-day extension of time in which to file a motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that the dispositive motion filing deadline is extended to July 28, 2008.

IT IS SO ORDERED.

**Dated:   June 26, 2008**             **/s/  William M. Wunderlich**
                                 UNITED STATES MAGISTRATE JUDGE

1