IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD NELSON,

              Plaintiff,           CV F 01 5910 LJO WMW PC

vs.                 ORDER DISMISSING ACTION

CAL TERHUNE, et al.,

              Defendants.

      Plaintiff is a former state prisoner proceeding pro se in a civil rights action against correctional officials employed by the California Department of Corrections and Rehabilitation. On July 8, 2008, the parties submitted a stipulation of voluntary dismissal with prejudice. The stipulation, signed by Plaintiff and defense counsel, indicates that the parties "voluntarily stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear his own attorney's fees and costs."

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Each party to bear his own attorney's fees and costs. The Clerk is directed to close this case.

 IT IS SO ORDERED.

**Dated:   July 9, 2008**             **/s/ Lawrence J. O'Neill**
                               UNITED STATES DISTRICT JUDGE

1